```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  10/5/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JASMINE TORO on behalf of herself and all others similarly situated,

                Plaintiff,

Case 1:23-cv-03890

-against-

BEAUTYHABIT, INC.

                Defendant,

---

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, by and between the attorneys for the parties to this action, that whereas no party is an infant or incompetent person for whom a committee has been appointed, or conservatee, and no person not a party has an interest in the subject matter of the action, this action, including all claims and counterclaims, is dismissed on the merits, with prejudice, and without costs to any party in this action. Each party will bear its own attorneys' fees.

Dated: October 2, 2023

By: _____
Mars Khaimov, Esq.
Mars Khaimov Law, PLLC
Attorney for Plaintiff
100 Duffy Ave., Suite 510
Hicksville, NY 11801
T: 929-324-0717
mars@khaimovlaw.com

By: _____
Daniel Ballesteros Esq.
Hoge Fenton
Attorney For Defendant
55 South Market Street, Suite 900
San Jose, CA 95113
D: +1.408.947.2416
Dan.ballesteros@hogefenton.com

SO ORDERED.

Dated: October 5, 2023
      New York, New York

_____
ANALISA TORRES
United States District Judge